# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| WANDA COOPER, in her individual capacity and as Administrator of the Estate of the Decedent AHMAUD ARBERY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:21-cv-00020-LGW-BWC ) |
| TRAVIS McMICHAEL and GREGORY McMICHAEL and WILLIAM BRYAN and POLICE OFFICER ROBERT RASH and POLICE CHIEF JOHN POWELL and JOHN DOE POLICE OFFICIALS 1-10, and GLYNN COUNTY, and JACKIE JOHNSON, and GEORGE BARNHILL, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Defendant John Powell, by and through his undersigned counsel, hereby requests that the Court withdraw Stuart F. Sumner as his counsel in this action.

Mr. Sumner's email notice to Defendant Powell is attached as Exhibit A.[1]

Defendant Powell will continue to be represented by Patrick T. O'Connor of Oliver Maner LLP. A proposed order is attached.

Respectfully submitted, this 21st day of October, 2021.

OLIVER MANER LLP

**/s/ Patrick T. O'Connor**
Patrick T. O'Connor
Georgia Bar Number: 548425

218 West State Street
Post Office Box 10186
Savannah, GA 31412
(912) 236-3311
(912) 236-8725 FAX
pto@olivermaner.com                *Attorney for John Powell*

---

[1] For privacy purposes, the email addresses of email notice recipients have been redacted.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted the 21st day of October, 2021.

OLIVER MANER LLP

**/s/ Patrick T. O'Connor**
Patrick T. O'Connor
Georgia Bar Number: 548425

218 West State Street
Post Office Box 10186
Savannah, GA 31412
(912) 236-3311 (TEL)
(912) 236-8725 (FAX)
pto@olivermaner.com        *Attorney for John Powell*