IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WANDA COOPER, in her individual capacity and as Administratrix of the Estate of the decedent Ahmaud Arbery,

    Plaintiff,

v.

TRAVIS MCMICHAEL, et al.,

    Defendants.

CIVIL ACTION NO.: 2:21-cv-20

**O R D E R**

This matter is before the Court on Plaintiff's Letter to the Court, which the Court construes as a Motion for Extension of Time. Doc. 125. In the letter, Plaintiff requests clarification on the Court's March 2, 2022 Order. Docs. 125, 116. Given the subsequent filing of Defendant Minshew's motion to dismiss, Plaintiff requests her deadline to respond to Defendant Minshew's motion be extended until after the resolution of Defendant Glynn County's motion to strike. Doc. 125 at 1.

After considering the record and for good cause, the Court **ORDERS** that Plaintiff's deadline to respond to the motion to dismiss is extended until after the resolution of the motion to strike. Plaintiff shall file her response to Defendant Minshew's motion to dismiss no later than 14 days after the motion to strike is resolved.

**SO ORDERED**, this 13th day of April, 2022.

    BENJAMIN W. CHEESBRO
    UNITED STATES MAGISTRATE JUDGE
    SOUTHERN DISTRICT OF GEORGIA