# In the United States District Court for the Southern District of Georgia Brunswick Division

WANDA COOPER, in her individual capacity and as administrator of the estate of Ahmaud Arbery,

    Plaintiff,

v.

TRAVIS McMICHAEL; GREGORY McMICHAEL; WILLIAM BRYAN; ROBERT RASH, police officer; JOHN POWELL, police chief; JOHN DOE POLICE OFFICIALS 1-10; GLYNN COUNTY; JACKIE JOHNSON; GEORGE BARNHILL; and RICKY MINSHEW,

    Defendants.

CV 2:21-020

## ORDER

It is hereby **ORDERED** that the above-captioned case, previously assigned to the undersigned, is hereby reassigned to the Honorable Chief Judge J. Randall Hall for further assignment or adjudication.

**SO ORDERED**, this 19 day of August, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA