# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| WANDA COOPER, in her individual capacity and as Administrator of the Estate of the Decedent AHMAUD ARBERY, <br><br> Plaintiff, <br><br> v. <br><br> TRAVIS MCMICHAEL, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No.: 2:21-cv-00020-LGW-BWC ) ) ) ) ) |

## RENEWAL OF MOTION TO DISMISS

Defendant John Powell, as required by this Court's Order of August 8, 2022 (Doc. 128), hereby responds to Plaintiff's First Amended Complaint by renewing his Motion to Dismiss, filed on March 1, 2022.

Respectfully submitted this 24th day of August, 2022.

OLIVER MANER LLP

**/s/ Patrick T. O'Connor**
Patrick T. O'Connor
Georgia Bar No.: 548425

*Attorney for John Powell*

218 West State Street
Post Office Box 10186
Savannah, GA 31412
(912) 236-3311
pto@olivermaner.com

1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this 24th day of August, 2022.

OLIVER MANER LLP

218 West State Street
Post Office Box 10186
Savannah, GA 31412
(912) 236-3311
pto@olivermaner.com

**/s/ Patrick T. O'Connor**
Patrick T. O'Connor
Georgia Bar No.: 548425

*Attorney for John Powell*