IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WANDA COOPER,          )
                      )
    Plaintiff,         )
                      )    **CIVIL ACTION FILE**
    vs.               )
                      )    **NO. 2:21-CV-00020-JRH-BWC**
TRAVIS MCMICHAEL, *et al.,*  )
                      )
    Defendants.     )

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS TRAVIS MCMICHAEL AND GREG MCMICHAEL TO FILE THEIR ANSWERS TO PLAINTIFF'S FIRST AMENDED COMPLAINT

COME NOW Defendants Travis McMichael and Greg McMichael, through their respective attorneys, and move this Court for an extension of time to file their Answers to Plaintiff's First Amended Complaint, respectfully showing the Court as follows:

1.

Plaintiff filed the instant action on February 23, 2021. *See* Doc. 1 (Complaint). Defendants Travis McMichael and Greg McMichael timely answered Plaintiff's Complaint on July 12, 2021. *See* Docs. 64 and 65 (G. McMichael Answer and T. McMichael Answer).

2.

On March 11, 2021, Plaintiff filed a Motion to Amend her Complaint *Nunc Pro Tunc*, and, over opposition from co-Defendants, Plaintiff's Motion to Amend was granted by Magistrate Judge Benjamin W. Cheesbro on August 8, 2022. *See* Doc. 128 (Order on Motion to Amend *Nunc Pro Tunc*).

3.

In ruling on Plaintiff's Motion to Amend *Nunc Pro Tunc*, the Court also Ordered that the Defendants shall have twenty-one days to file an Answer or otherwise respond to Plaintiff's First Amended Complaint. *Id.* at 15.

4.

However, co-Defendant Glynn County, Georgia filed an Objection to the Court's Order that granted Plaintiff leave to file her First Amended Complaint *Nunc Pro Tunc*. *See* Doc. 132 (Glynn County, Georgia Objection).

5.

Specifically, Glynn County, Georgia objected to leave being granted to the Plaintiff to file their First Amended Complaint *Nunc Pro Tunc* and it requested that the District Court overrule the Magistrate Judge's Order and deny Plaintiff's Motion for Leave. *Id.*

6.

Counsel for Plaintiff and these Defendants have conferred and agree that, if the District Court rules in favor of Glynn County, Georgia on its Objection, Plaintiff's First Amended Complaint (FAC) would essentially become a nullity, and the Defendants would be relieved of any obligation to Answer.

7.

Counsel for Plaintiff and these Defendants further agree that the preparing and filing of an Answer to Plaintiff's First Amended Complaint will take significant time and resources. Counsel for these Parties further agree that the preparation and filing of an Answer to Plaintiff's FAC before Glynn County's Objection is ruled on could result in considerable waste should the District Court sustain the County's Objection.

8.

Counsel for these Parties desire to be efficient with resources and avoid waste, and thus, they believe the more prudent approach is tie their deadline for filing an Answer to Plaintiff's FAC to the District Court's ruling on Glynn County's Objection.

9.

Specifically, Defendants Travis McMichael and Greg McMichael move the Court for an Order allowing them fifteen (15) days after the District Court rules on Glynn County's Objection to file their Answers to Plaintiff's First Amended Complaint[1].

10.

Counsel for Plaintiff has expressly stated that he has no objection to these Defendants' Motion.

11.

Presently, this case is stayed, and thus, Defendants' Motion will not delay the administration of this case nor unduly prejudice any Party.

WHEREFORE, Defendants Travis McMichael and Greg McMichael respectfully request that the Court inquire into this matter and grant them this Unopposed Motion For An Extension Of Time To Answer Plaintiff's First Amended Complaint until fifteen (15) days after any ruling by the District Court affirming the Magistrate Judge's grant of leave to the Plaintiff to file her First Amended Complaint.

---

[1]      Obviously, if the District Court sustains Glynn County's Objection and denies Plaintiff leave to Amend, there will be no First Amended Complaint for these Defendants to Answer.

Respectfully submitted this 29th day of August 2022.

| | |
|---|---|
| **WILLIAMS MORRIS & WAYMIRE** | **FREEMAN MATHIS & GARY, LLP** |
| | |
| */s/ G. Kevin Morris* | */s/ Wesley C. Jackson* |
| Terry E. Williams | Sun S. Choy |
| Georgia Bar No. 764330 | Georgia Bar No. 025148 |
| G. Kevin Morris | Wesley C. Jackson |
| Georgia Bar No. 523895 | Georgia Bar No. 336891 |
| E: kevin@wmwlaw.com | wjackson@fmglaw.com |
| Counsel for Defendant Travis McMichael | Counsel for Defendant Gregory McMichael |
| | |
| 4430 S. Lee St. | 100 Galleria Parkway |
| Suite 400-A | Suite 1600 |
| Buford, GA 30518 | Atlanta, Georgia 30339-5948 T: |
| 678-541-0790 | (770)818-0000 |
| kevin@wmwlaw.com | (770) 937-9960 |
| | wjackson@fmglaw.com |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TRAVIS MCMICHAEL AND GREG MCMICHAEL TO FILE THEIR ANSWERS TO PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

**S. Lee Merritt**
**Daniel N. Purtell**
**John J. Coyle, III**
**Mark V. Maguire** McEldrew
Young Purtell Merritt 123 South
Broad Street Suite 2250
Philadelphia, PA 19109

**Noah Green**
Appelbaum & Henefeld, PC 9
Lenox Pointe NE Suite B
Atlanta, GA 30324

**Patrick T. O'Connor**
Oliver Maner, LLP 218 West State
Street P.O. Box 10186 Savannah,
GA 31412-0386

**James L. Elliott**
Elliott & Blackburn 3016 N.
Patterson St. Valdosta, GA 31602

**James Kyle Califf**
Califf Law Firm, LLC 3540
Wheeler Road, Suite 603
Augusta, GA 30909

**John Kennedy**
**Rizqan Ahmad Quereshi**
**Tia M. McClenney**
**William S. Weltman**
Reed Smith, LLP
599 Lexington Avenue 22nd Floor
New York, NY 10022

**Raleigh W. Rollins , Jr.**
Alexander & Vann, LLP 401
Gordon Avenue
Thomasville, GA 31792

**Richard K. Strickland**
Brown, Readdick, Bumgartner,
Carter, Strickland & Watkins, LLP
P.O. Box 220
5 Glynn Avenue
Brunswick, GA 31521-0220

**John J. Ossick , Jr.**
John J. Ossick, Jr., PC
P.O. Box 1087
Kingsland, GA 31548-9190

This 29th day of August 2022.

**WILLIAMS, MORRIS & WAYMIRE, LLC**

*/s/G. Kevin Morris*
G. KEVIN MORRIS
Georgia Bar No. 523895
Attorneys for Defendant Travis McMichael

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
678-541-0790
678-541-0789 (f)
kevin@wmwlaw.com