IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| WANDA COOPER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION FILE ) ) NO. 2:21-CV-00020-JRH-BWC |
| TRAVIS MCMICHAEL, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

For good cause shown, the Unopposed Motion for An Extension of Time for Defendants Gregory McMichael and Travis McMichael to Answer Plaintiff's First Amended Complaint is GRANTED. In the event the District Court affirms the Magistrate Judge's Order granting Plaintiff Leave to File her First Amended Complaint, these Defendants shall have fifteen (15) days to file their Answers to same.

**SO ORDERED** this ___ day of _____ 2022.

_____
**Judge, United States District Court**
**Southern District of Georgia**