IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| WANDA COOPER, in her individual capacity and as administrator of the estate of the decedent, Ahmaud Arbery, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00020-JRH |
| GEORGE BARNHILL et al., | § § § § | |
| *Defendants*. | § | |

## PROPOSED ORDER

For good cause shown and in the interest of judicial economy, it is hereby ORDERED that all proceedings in the above-referenced case, including discovery, are hereby stayed until this Court issues a decision on Defendant George Barnhill's pending Motion to Dismiss.

**SO ORDERED**, this _____ day of _____, 2022.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA