INDICTMENT NO. CR-2100168

IN THE SUPERIOR COURT OF GLYNN
STATE OF GEORGIA

MARCH TERM 2021

## THE STATE OF GEORGIA vs. JACQUELYN LEE JOHNSON

**COUNT 1: VIOLATION OF OATH OF PUBLIC OFFICER, O.C.G.A. § 16-10-1**
**COUNT 2: OBSTRUCTION AND HINDERING OF A LAW ENFORCEMENT OFFICER, O.C.G.A. § 16-10-24**

Prosecutor _____  _____True_____ BILL

**CHRISTOPHER M. CARR**  _____Edgar Sinclair_____ Foreperson
Attorney General, State of Georgia

Received and filed in open court this 2nd day of September, 2021.

_____Rachel Moore, Deputy_____
Clerk, Superior Court

---

The Defendant, **JACQUELYN LEE JOHNSON**, waives being formally arraigned and pleads not guilty.

The defendant, **JACQUELYN LEE JOHNSON**, hereby changes his/her plea from one of not guilty to one of Guilty.

_____
Assistant District Attorney

_____
Assistant District Attorney

_____
Defendant

_____
Defendant

_____
Attorney for Defendant

_____
Attorney for Defendant

Date _____

Date _____

**VERDICT**

We, the jury, find the Defendant, _____ .

This the ___ day of _____, 20___ .

_____
Foreperson

# GEORGIA, GLYNN COUNTY
# IN THE SUPERIOR COURT OF SAID COUNTY

The Grand Jurors selected, chosen and sworn for the County of Glynn, to wit:

### 1. Edward Sinderson, Foreperson

2. Sherry Jowers
3. ~~Kathleen Parker~~
4. Darrell Zanders, Vice-Foreperson
5. Sandra Dunham
6. Bennett Palmer
7. Carleigh Lundy
8. Tai Wilson
9. ~~Shalyn Townes~~
10. Desiree Bell
11. Ervin Sweeting Jr.
12. Eric Gill
13. Cheyanne Crews
14. ~~Lashunda Welch~~
15. ~~Tavana Hardee~~
16. Vanassa Goethe
17. Shelby Mussara, Secretary
18. ~~Lawrence Bradham~~
19. ~~Kenneth Turner~~
20. ~~James Smith~~
21. ~~Sherry Akins~~
22. Rebecca Johnson
23. Michael Lentini
24. Bruce Lane
25. ~~Margarita Parrish~~
26. Katherine Harris

## COUNT 1

In the name and behalf of the citizens of Georgia, charge and accuse **JACQUELYN LEE JOHNSON** with the offense of **VIOLATION OF OATH OF PUBLIC OFFICER** in violation of **O.C.G.A. § 16-10-1**, for that the said accused, in the County aforesaid, on or about February 23, 2020, while a public officer, did willfully and intentionally violate the terms of her oath as prescribed by law, to wit, O.C.G.A. § 15-18-2, contrary to the laws of said State, the good order, peace, and dignity thereof, as follows:

At all times relevant to this indictment, the accused was the District Attorney of the Brunswick Judicial Circuit, a public officer.

Said accused had previously taken the oath of District Attorney on or about August 12, 2010. Said oath included the following language: "I, Jackie Johnson, do swear (or affirm) that I will faithfully and impartially, and without fear, favor, or affection, discharge my duties as DISTRICT ATTORNEY, and will take only my lawful compensation . . . SO HELP ME GOD!"

On or about February 23, 2020, said accused violated the above provision of her oath of District Attorney by showing favor and affection to Greg McMichael during the investigation into the shooting death of Ahmaud Arbery, thereby failing to discharge her duties as district attorney, to wit: said accused violated Article I, Section I, Paragraph XXX of the Georgia Constitution, a duty required by law, by failing to treat Ahmaud Arbery and his family fairly and with dignity when, after the shooting of Ahmaud Arbery, said accused sought the assistance of Waycross Judicial Circuit District Attorney George E. Barnhill and, after disqualifying her office, recommended DA Barnhill to the Attorney General's Office for appointment as the case prosecutor without disclosing that said accused had previously sought the assistance of DA Barnhill on the case.

## COUNT 2

In the name and behalf of the citizens of Georgia, the Grand Jurors aforesaid further charge and accuse **JACQUELYN LEE JOHNSON** with the offense of **OBSTRUCTION AND HINDERING A LAW ENFORCEMENT OFFICER**, in violation of **O.C.G.A. § 16-10-24**, for that the said accused, in the County aforesaid, on or about February 23, 2020, did knowingly and willfully hinder Stephanie Oliver and Stephan Lowrey, law enforcement officers with Glynn County Police Department, in the lawful discharge of their official duties by directing that Travis McMichael should not be placed under arrest, contrary to the laws of said State, the good order, peace, and dignity thereof.

GLYNN COUNTY SUPERIOR COURT

MARCH 2021 TERM OF COURT

Christopher M. Carr, Attorney General
State of Georgia

John E. Fowler, Deputy Attorney General
State of Georgia

Blair L. McGowan, District Attorney Pro Tempore
Brunswick Judicial Circuit, and
Senior Assistant Attorney General
State of Georgia

List of Witnesses:
Jamy Steinberg, GBI
George E. Barnhill
George F. Barnhill
Mark Spaulding
Liberty Stewart
Rocky Bridges
Michelle McIntire
Karen Crittendon
Bill Daras
Stephanie Oliver
Stephan Lowrey
Sherry Gibbs
Andy Beaver
Tom Jump
Parker Marcy
Rod Nohilly