'IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| WANDA COOPER | * |
| | * |
|    Plaintiff, | * |
| | * |
| v. | *   CIVIL ACTION NO.: 2:21-cv-20 |
| | * |
| TRAVIS McMICHAEL, ET AL. | * |
| | * |
|    Defendants. | * |

**DEFENDANT JACKIE JOHNSON'S NOTICE OF INTENT TO FILE REPLY
IN SUPPORT OF HER MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT**

COMES NOW Jackie Johnson, named as a defendant in the above-styled action, and pursuant to Southern District of Georgia Local rule 7.6, hereby notifies the Court of her intent to file a reply brief in support of her Motion to Dismiss Plaintiff's First Amended Complaint. (Doc. 138).

Respectfully submitted this 10th day of October, 2022.

                                                                /s/ James L. Elliott
                                                                **James L. Elliott**
                                                                 Attorney for Jackie Johnson
                                                                 Georgia Bar No: 244244
                                                                 Elliott Blackburn PC
                                                                 3016 N. Patterson Street
                                                                 Valdosta, GA 31602
                                                                 (229) 242-3333
                                                                 (229) 242-0696 fax
                                                                 jelliott@ebbglaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Respectfully submitted this 10th day of October, 2022.

/s/ James L. Elliott
James L. Elliott
Georgia Bar Number 244244
Attorney for Jackie Johnson

Elliott Blackburn PC
3016 N. Patterson Street
Valdosta, GA 31602
(229) 242-3333
(229) 242-0696 fax
jelliott@ebbglaw.com