IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| WANDA COOPER, in her individual capacity and as administratrix of the Estate of Ahmaud Arbery,<br><br>      Plaintiff,<br><br>   v.<br><br>TRAVIS MCMICHAEL, et al.,<br><br>      Defendants. | CIVIL ACTION NO.: 2:21-cv-20 |

**O R D E R**

This matter is before the Court on Defendant Jackie Johnson's Motion to Accept Filing Out of Time as Filed. Doc. 163. Defendant asks the Court to accept two filings, her reply to Plaintiff's response to Defendant Johnson's motion to dismiss and her response in opposition to Plaintiff's motion to take judicial notice, and treat the submissions as timely filed. Id. at 1; see Docs. 160, 161 for filings. Plaintiff has not filed a response to Defendant's Motion, and the time to do so has elapsed. Failure to respond to a motion indicates there is no opposition to that motion. Local R. 7.5. The Court hereby **GRANTS** Defendant's Motion as unopposed. The Court will treat both filings as if they were submitted on time.

**SO ORDERED**, this 2nd day of November, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA