UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WANDA COOPER | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *  CIVIL ACTION NO.: 2:21-cv-20 |
| | * |
| TRAVIS McMICHAEL, ET AL. | * |
| | * |
|     Defendants. | * |

## APPLICATION FOR LEAVE OF ABSENCE

Pursuant to Southern District of Georgia Local Rule 83.9, James L. Elliott hereby applies for a leave of absence in the above-captioned case for the following dates:

1. May 22 – June 5, 2023; and

2. June 19 – 26, 2023.

The purpose of the leave is personal. Notice of this application has been given to all counsel of record by filing the same with the Court's CM/ECF system.

This 30th day of January, 2022.

    ELLIOTT BLACKBURN PC

    By: /s/ James L. Elliott
        James L. Elliott
        GA Bar No. 244244

3016 North Patterson Street
Valdosta, GA  31602
Phone:  229-242-3333
Fax:  229-242-0696
jimelliott@elliottblackburn.com

- 2 -

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

This 30th day of January, 2023.

                                           /s/ James L. Elliott
                                           James L. Elliott
                                           GA Bar No. 244244