UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WANDA COOPER | * |
| | * |
|    Plaintiff, | * |
| | * |
| v. | *  CIVIL ACTION NO.: 2:21-cv-20 |
| | * |
| TRAVIS McMICHAEL, ET AL. | * |
| | * |
|    Defendants. | * |

## APPLICATION FOR LEAVE OF ABSENCE

Pursuant to Southern District of Georgia Local Rule 83.9, James L. Elliott hereby applies for a leave of absence in the above-captioned case for the following dates:

1. September 5 – 26, 2023;

2. November 20 – 27, 2023; and

3. December 26, 2023 – January 2, 2024.

The purpose of the leave is personal. Notice of this application has been given to all counsel of record by filing the same with the Court's CM/ECF system.

This 6th day of July, 2023.

                              ELLIOTT BLACKBURN PC

                              By: /s/ James L. Elliott
                                  James L. Elliott
                                  GA Bar No. 244244

3016 North Patterson Street
Valdosta, GA  31602
Phone:  229-242-3333
Fax:  229-242-0696
jimelliott@elliottblackburn.com

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

This 6th day of July, 2023.

                                                      /s/ James L. Elliott
                                                      James L. Elliott
                                                      GA Bar No. 244244