IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| WANDA COOPER, | ) |
| Plaintiff | ) ) ) ) Civil Action |
| vs. | ) File 2:21-CV-00020-JRH-BWC |
| TRAVIS MCMICHAEL, *et al*., | ) ) ) |
| Defendants. | ) |

## PLAINTIFF AND DEFENDANT WILLIAM BRYAN'S JOINT MOTION TO DISMISS LESS THAN ALL PARTIES WITH PREJUDICE

Plaintiff Wanda Cooper and Defendant William Bryan, by and through undersigned counsel, and respectfully move the Court to enter an order dropping Defendant William Bryan as a party and dismissing Plaintiff's claims against him with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(2). *See Harris v. Experian Info. Sols.,* No. 1:23-cv-111, 2023 U.S. Dist. LEXIS 184647, at *1 (S.D. Ga. Oct. 13, 2023) (J. Hall); *see also City of Jacksonville v. Jacksonville Hosp. Holdings, Ltd. P'ship*, 82 F. 4th 1031 (11th Cir. 2023).

Plaintiff hereby dismisses all claims against defendant William Bryan only. This motion is not meant to affect any remaining claim against any of the remaining defendants. All parties consent to this motion.

294195562v.1

Wherefore, Plaintiff Wanda Cooper and Defendant Bryan respectfully ask that this motion be granted, and the caption of the case be amended to remove Defendant William Bryan. A proposed order is submitted herewith.

This 5th day of September, 2024.

| **McELDREW PURTELL** | **WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP** |
|---|---|
| */s/ Mark V. Maguire* | */s/ Lawrence Lee Washburn IV* |
| Mark V. Maguire | Lawrence Lee Washburn IV |
| 123 South Broad Street | Georgia Bar No. 562374 |
| Suite 2250 | 3348 Peachtree Rd. NE |
| Philadelphia, PA 19109 | Suite 1400 |
| 215-545-8800 | Atlanta, GA 30326 |
| 215-545-8805 | (470) 419-6650 (Main) |
| mmaguire@mceldrewpurtell | (470) 419-6651 Fax |
| *Counsel for Plaintiff* | lee.washburn@wilsonelser.com |
| **ALEXANDER & VANN, LLP** | **DOWNEY & CLEVELAND, LLP** |
| */s/Raleigh Rollins* | */s/ R. Christopher Harrison* |
| Raleigh W. Rollins | R. CHRISTOPHER HARRISON |
| Ga. Bar No. 613860) | Georgia Bar No. 33319 |
| H. Thomas Shaw | 288 Washington Avenue |
| Ga. Bar No. 593166) | Marietta, GA 30060-1979 |
| 411 Gordon Avenue | T: 770-422-3233 |
| Thomasville GA 31792 | F: 770-423-4199 |
| Telephone: (229) 226-2565 | harrison@downeycleveland.com |
| Facsimile: (229) 228-0444 | |
| rrollins@alexandervann.com | *Counsel for Defendant William Bryan* |
| tshaw@alexandervann.com | |
| *Counsel for Defendant Robert Rash* | |

| | |
|---|---|
| **FREEMAN MATHIS & GARY, LLP** | **WILLIAMS & WAYMIRE** |
| /s/ Wesley C. Jackson | /s/ Terry E. Williams |
| Sun S. Choy | Terry E. Williams |
| Georgia Bar No. 025148 | Georgia Bar No. 764330 |
| Wesley C. Jackson | 4330 S. Lee Street |
| Georgia Bar No. 336891 | Bldg. 400, Ste. A |
| FREEMAN MATHIS & GARY, LLP | Buford, Georgia 30518 |
| 100 Galleria Parkway | T: 678-541-0791 |
| Suite 1600 | F: 678-541-0789 |
| Atlanta, Georgia 30339-5948 | E: terry@wmwlaw.com |
| T: (770) 818-0000 | *Counsel for Defendant Travis McMichael* |
| F: (770) 937-9960 | |
| E: schoy@fmglaw.com | |
|    wjackson@fmglaw.com | |
| *Counsel for Defendant Gregory McMichael* | |
| **ELLIOTT BLACKBURN PC** | **BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS, LLP** |
| /s/ James L. Elliott | |
| James L. Elliott | /s/ Richard K. Strickland |
| Georgia Bar No: 244244 | Georgia Bar No. 687830 |
| 3016 N. Patterson Street | Emily R. Hancock |
| Valdosta, GA 31602 | Georgia Bar No. 115145 |
| (229) 242-3333 | 5 Glynn Avenue (31520) |
| (229) 242-0696 fax | Post Office Box 220 |
| jelliott@ebbglaw.com | Brunswick, GA 31521 |
| *Counsel for Defendant Jackie Johnson* | (912) 264-8544 |
| | (912) 264-9667 FAX |
| | rstrickland@brbcsw.com |
| | ehancock@brbcsw.com |
| | *Counsel for Defendants Glynn County and Minshew* |

3

**HENEFELD & GREEN, P.C.**

*/s/ Noah Green*
Noah Green
Georgia Bar No. 468138
3017 Bolling Way NE, Suite 129
Atlanta, GA 30305
(404) 841-1275
ngreen@henefeldgreen.com
*Counsel for Defendant*
*George Barnhill*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **PLAINTIFF AND DEFENDANT WILLIAM BRYAN'S JOINT MOTION TO DISMIS LESS THAN ALL PARTIES WITH PREJUDICE** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.

Dated: September 5, 2024.

*/s/ Lawrence Lee Washburn IV*
Lawrence Lee Washburn IV
Georgia Bar No. 562374
*Attorney for Defendant William Bryan*