IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| WANDA COOPER | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *   CIVIL ACTION NO.: 2:21-cv-20 |
| | * |
| TRAVIS McMICHAEL, ET AL. | * |
| | * |
|     Defendants. | * |

## RESPONSE TO COURT ORDER

Come now Plaintiff Wanda Cooper and Defendants Robert Rash, Glynn County, Jackie Johnson and George Barnhill and file this response to the Court's Order (Doc. 201) and show the Court as follows:

1. As required by the Court's Order, counsel for these parties met and conferred on May 7, 2025. These parties agree that lifting the existing stay of discovery is not appropriate at this time.

2. Each of these Defendants presently has pending a Motion to Dismiss Plaintiff's First Amended Complaint. (Docs. 138, 140, 142 and 145).

3. Subsequent to the dismissal of the criminal proceedings against Jackie Johnson, these Defendants jointly filed a Renewed Motion to Stay Discovery (Doc. 194), and Plaintiff responded in opposition to that Motion (Doc. 195). Thereafter, Glynn County filed a reply brief. (Doc. 196).

4. On April 14, 2025, United States Magistrate Judge Cheesbro entered an Order (Doc. 197) granting Defendants' Renewed Motion to Stay Discovery concluding that ". . . a continued stay is appropriate as to all Defendants. The Court, therefore, **GRANTS** Defendants'

Renewed Motion to Stay and **STAYS** discovery and all other Rule 26 obligations until the resolution of Defendants' motions to dismiss." (Doc. 197, pp. 4-5).

5. These parties agree that the question whether it is appropriate to lift the stay of discovery has been resolved by Judge Cheesbro's Order (Doc. 197).

6. Plaintiff and these Defendants further agree that each of these Defendants has pending a motion to dismiss which is ripe for resolution by the Court. (Docs. 138, 140, 142 and 145).

This 12th day of May, 2025.

*/s/ Mark V. Maguire*
**Mark V. Maguire**
Pro Hac Vice
McEldrew Purtell
123 South Broad Street
Philadelphia, PA 19109
(215) 545-8800
mmaguire@mceldrewpurtell.com
*Attorney for Plaintiff Wanda Cooper*

*/s/ James L. Elliott*
**James L. Elliott**
Georgia Bar No. 244244
Elliott Blackburn PC
3016 N. Patterson Street
Valdosta, GA 31602
(229) 242-3333
jimelliott@elliottblackburn.com
*Attorney for Defendant Jackie Johnson*

*/s/ Richard K. Strickland*
**Richard K. Strickland**
Georgia Bar No. 687830
Brown, Readdick, Bumgartner, Carter, Strickland & Watkins, LLP
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
rstrickland@brbcsw.com
*Attorney for Defendant Glynn County*

*/s/ Raliegh W. Rollins*
**Raleigh W. Rollins**
Georgia Bar No. 613860
Alexander & Vann, LLP
411 Gordon Avenue
Thomasville, GA 31792
(229) 226-2565
rrollins@alexandervann.com
*Attorney for Defendant Robert Rash*

*/s/ Noah Green*
**Noah Green**
Georgia Bar No. 468138
Henefeld & Green, P.C.
3017 Bolling Way NE, Suite 129
Atlanta, GA 30305
(404) 841-1275
ngreen@henefeldgreen.com
*Attorney for Defendant George Barnhill*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this 12th day of May, 2025.

                                              **/s/ James L. Elliott**
                                              **James L. Elliott**
                                              Attorney for Jackie Johnson
                                              Georgia Bar No: 244244

Elliott Blackburn PC
3016 N. Patterson Street
Valdosta, GA 31602
(229) 242-3333
(229) 242-0696 fax
jelliott@ebbglaw.com