IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WANDA COOPER, in her              *
Individual Capacity and as        *
Administrator of the Estate of    *
the Decedent, Ahmaud Arbery,      *
                                  *
        Plaintiff,                *
                                  *
            v.                    *      CV 221-020
                                  *
TRAVIS MCMICHAEL, GREGORY         *
MCMICHAEL, POLICE OFFICER         *
ROBERT RASH, JOHN DOE POLICE      *
OFFICIALS 1-10, GLYNN COUNTY,     *
JACKIE JOHNSON, and GEORGE        *
BARNHILL,                         *
                                  *
        Defendants.               *
                                  *

_____

**O R D E R**

_____

Before the Court is Plaintiff's petition to approve settlement and distribution. (Doc. 207.) Upon due consideration, the Court **GRANTS** Plaintiff's petition to approve settlement and distribution. The Court **HEREBY ORDERS** that Plaintiff shall receive the funds distributed in accordance with the settlement. (Docs. 207-3, 207-4.) The Court shall retain jurisdiction over this matter and the Parties as may be necessary to enforce the terms of the settlement.

**ORDER ENTERED** at Augusta, Georgia, this _30th_ day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2